Ch9desLtr



# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEBRASKA

| **OMAHA OFFICE** | **LINCOLN OFFICE** |
|---|---|
| ROMAN HRUSKA COURTHOUSE | 460 FEDERAL BLDG. |
| 111 S. 18TH PLAZA, SUITE 1125 | 100 CENTENNIAL MALL NORTH |
| OMAHA, NE 68102 | LINCOLN, NE 68508 |
| (402) 661-7444 | (402) 437-1625 |
| Fax (402) 661-7492 | Fax (402) 437-1624 |

| **DIANE L. ZECH** | **EVA ROEBER** |
|---|---|
| CLERK OF COURT | CHIEF DEPUTY |

## M e m o r a n d u m

*Via e-mail*

Date:      April 15, 2011

To:        The Honorable William Jay Riley
           Chief Judge, United States Court of Appeals

cc:        Joseph F. Bataillon, Chief District Judge
           Millie Adams, Circuit Executive

From:      Diane L. Zech, Clerk of Court
           (402) 661-7447

RE:        Designation of Bankruptcy Judge Timothy J. Mahoney

On April 15, 2011, a Chapter 9 case in the matter of Sanitary and Improvement District No. 517 of Douglas County, Nebraska was filed in the U.S. Bankruptcy Court for the District of Nebraska. Pursuant to 11 U.S.C. § 921(b), the chief judge of the court of appeals designates the bankruptcy judge to conduct the case. The bankruptcy court requests that Bankruptcy Judge Timothy J. Mahoney be designated to conduct case number BK11-80953, a Chapter 9 case. See attached Certificate of Designation.

Should you have any questions, please do not hesitate to contact me. Thank you for your attention to this important matter.