ntcmnflg (01/11)

**UNITED STATES BANKRUPTCY COURT**
**District of Nebraska**
**111 South 18th Plaza**
**Suite 1125**
**Omaha, NE 68102**

In Re:

Sanitary and Improvement District No. 517 of Dougl

Bankruptcy Proceeding No. 11−80953−TJM
Chapter 9

Debtor(s)

Filing No.: 24

## NOTICE OF MANDATORY ELECTRONIC FILING REQUIREMENT

Pursuant to Neb. R. Bankr. P. 5005−1, all regular filing attorneys and registered users of the CM/ECF system must file all pleadings and documents electronically via the ECF system.

Therefore, all attorneys annually filing more than five separate pleadings or documents conventionally, shall be scheduled for a show cause hearing in front of the presiding Judge.

To obtain the required electronic filing access, all filers <u>must</u> take the necessary training required by the Court. The failure to adequately prepare for the mandatory electronic filing requirements or to take the required ECF training may not be allowed as a "reason" for counsel's failure to follow the mandatory electronic filing guidelines.

To take the on−line training go to www.neb.uscourts.gov > CM/ECF > Training > CM/ECF Online Attorney Training. If you have any questions, contact the Clerk's Office at Omaha (402) 661−7444 or Lincoln (402) 437−1625.

Dated: 8/31/11

Diane Zech
Clerk, U.S. Bankruptcy Court

Copy mailed by the court to:

For additional information see the Court's website at www.neb.uscourts.gov
−− Resources > Local Rules > General Orders