## DESIGNATION OF UNITED STATES BANKRUPTCY JUDGE
## TO CONDUCT CHAPTER 9 CASES WITHIN THE EIGHTH CIRCUIT

———————

WHEREAS, in my judgment, the public interest so requires and due to the retirement of the Honorable Timothy J. Mahoney,

NOW THEREFORE, I do hereby designate and assign to

THE HONORABLE THOMAS L. SALADINO

Chief United States Bankruptcy Judge for the District of Nebraska, to hold a term of court in the United States Bankruptcy Court for the District of Nebraska during the period beginning February 1, 2014, and ending upon case closing, and for such additional time in advance thereof to prepare for the hearing of the case, or thereafter as may be required to complete unfinished business in the following case:

In the matter of:

*Sanitary and Improvement District No. 517*
*of Douglas County, Nebraska*

Bankruptcy Proceeding No. 11-80953
Chapter 9

Dated: January 24, 2014

William Jay Riley, Chief Judge
United States Court of Appeals - Eighth Circuit

Original:  Diane Zech, Bankruptcy Clerk, District of Nebraska
    cc:  Hon. Laurie Smith Camp, Chief Judge, United States District Court, District of Nebraska
         Hon. Thomas L. Saladino, Chief Judge, United States Bankruptcy Court,
         District of Nebraska